# Order

Michigan Supreme Court
Lansing, Michigan

January 22, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

156150(48)

JOSHUA WADE,
      Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN,
      Defendant-Appellee.

_____/

SC: 156150
COA: 330555
Ct of Claims: 15-000129-MZ

      On order of the Chief Justice, the motion of Joseph Muha to file a brief amicus curiae is GRANTED.  The amicus brief submitted on January 21, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2021



Clerk